IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STEELWORKERS OF AMERICA, AFL-CIO-CLC, et al. | : : : : : : | CIVIL ACTION<br><br>NO.  02-CV-2921 |
| v. | | |
| ANRICH, INC. | | |

## ORDER

**AND NOW**, this         day of July, 2002, **IT IS ORDERED** that the hearing on Plaintiff's Motion for Default Judgment, which was scheduled for Thursday, July 25, 2002 at 11:00 a.m., is rescheduled for **Tuesday, July 30, 2002 at 2:30 p.m. in Courtroom 3-B, Third Floor, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania**.

BY THE COURT:

_____
**BRUCE W. KAUFFMAN,  J.**