IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STEELWORKERS OF AMERICA, AFL-CIO-CLC, et al.** | : | CIVIL ACTION |
| | : | |
| | : | NO. 02-CV-2921 |
| v. | : | |
| | : | |
| **ANRICH, INC.** | : | |

## ORDER

**AND NOW**, this         day of July, 2002, Plaintiff having informed the Court that the parties have resolved the issues pertaining to its Motion for Default Judgment against Defendant Anrich, Inc., **IT IS ORDERED** that the hearing scheduled for July 30, 2002 is **CANCELED**, and the Motion for Default Judgment (docket no. 3) is **DENIED AS MOOT**.

BY THE COURT:

_____
**BRUCE W. KAUFFMAN, J.**